# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. _____

ROBBIE S. JOHNSON, an individual, ROBBIE S. JOHNSON, as Trustee of the ROBBIE S. JOHNSON REVOCABLE TRUST, a Florida trust, and ROBBIE S. JOHNSON as Trustee of the LORRAINE WAGMAN REVOCABLE TRUST, a Florida trust,

        Plaintiffs,

v.

MITCHELL ALAN GROSS a/k/a MITCHELL GRAHAM, a/k/a MICHAEL JOHNSON, a/k/a THE MERRILL COMPANY, LLC, a/k/a MAJESTIC MANAGEMENT, LLC, 5th RING ENTERPRISES LIMITED PARTNERSHIP, an Alaskan Limited Liability Company, DEBRA L. GROSS, an individual, and DOUGLASS GROSS, an individual,

        Defendants.

## NOTICE OF FILING COMPLAINT AND RECEIVERSHIP ORDER

**PLEASE TAKE NOTICE** that pursuant to 28 U.S.C. § 754, Kevin O'Halloran in his capacity as receiver ("Receiver") and through his undersigned counsel, files this Notice of Filing of Complaint and Receivership Order in this District in order that Receiver be vested with complete jurisdiction and control of all property located in this District that is subject to the Order Appointing Receiver and Granting Injunctive Relief ("Receivership Order") entered in response to the Verified Complaint ("Complaint") filed in the above-referenced action pending in the United States District Court for the Northern District of Georgia, Civil Action File No. 1:08-cv-0945. The Complaint and Receivership Order are attached hereto as Exhibits A and B, respectively. Any inquiries regarding the Receivership Order may be directed to:

    Rufus Dorsey, Esq.
    c/o Parker, Hudson, Rainer & Dobbs LLP
    1500 Marquis Two Tower, 285 Peachtree Center Avenue, NE
    Atlanta, GA, 30303
    Telephone: (404) 523-5300   Telefax : (404) 522-8409
    rtd@phrd.com

DATED this 25th day of March, 2008.

> GRIMSHAW & HARRING, P.C.
>
> s/ Lisa K. Mayers
> Lisa K. Mayers, Esq.
> 1700 Lincoln St., Suite 3800
> Denver, CO 80219
> Tele: 303-839-3800 | Fax: 303-839-3838
> E-mail: lmayers@grimshawharring.com
>
> and
>
> Rufus Dorsey, Esq.
> c/o Parker, Hudson, Rainer & Dobbs LLP
> 1500 Marquis Two Tower
> 285 Peachtree Center Avenue, NE
> Atlanta, GA, 30303
> Tele: (404) 523-5300 | Fax : (404) 522-8409
> E-mail rtd@phrd.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day served a copy of the within and foregoing **NOTICE OF FILING COMPLAINT AND RECEIVERSHIP ORDER** upon all parties to this matter by depositing a true copy of same in the U.S. Mail, proper postage prepaid, properly addressed to the following:

| | |
|---|---|
| Alfred B. Adams, III, Esq.<br>Lindsey G. Churchill. Esq.<br>Holland & Knight LLP<br>2000 One Atlantic Center<br>1201 West Peachtree Street, N.E.<br>Atlanta, Georgia 30309-3453 | ☒ via First-Class U.S. Mail, postage prepaid<br>☐ via Hand Delivery<br>☐ via Facsimile Transmission<br>☐ via E-mail to al.adams@hklaw.com<br>☐ via E-mail to lindsey.churchill@hklaw.com<br>☐ via CM/ECF - USDC |
| Stephen Rakusin, Esq.<br>The Rakusin Law Firm<br>2919 E. Commercial Blvd.<br>Ft. Lauderdale, FL 33308 | ☒ via First-Class U.S. Mail, postage prepaid<br>☐ via Hand Delivery<br>☐ via Facsimile Transmission<br>☐ via E-mail to rakusins@aol.com<br>☐ via CM/ECF - USDC |
| Mitchell A. Gross<br>2949 Gateland Square<br>Marietta, GA 30062 | ☒ via First-Class U.S. Mail, postage prepaid<br>☐ via Hand Delivery<br>☐ via Facsimile Transmission<br>☐ via E-mail to _____<br>☐ via CM/ECF - USDC |

> s/Julie A. Kronenberger
> Julie A. Kronenberger, Paralegal
> GRIMSHAW & HARRING, P.C.